UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARCY ZAMORA, an individual, and MARCOS ZAMORA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, as successor in interest to Wachovia and World Savings Bank,<br><br>Defendant._____/ | No. C 13-134 MEJ<br><br>**ORDER SETTING HEARING RE: MOTION TO DISMISS (DKT NO. 4)** |

On February 4, 2013, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 11. Based upon the ADR Unit's subsequent report, it appears that the parties are unable to reach an agreement. Accordingly, the Court hereby schedules a hearing on Defendant's Motion to Dismiss (Dkt. No. 4) to take place on May 23, 2013 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: April 25, 2013

_____
Maria-Elena James
United States Magistrate Judge