1

2

3

4

## UNITED STATES  DISTRICT COURT

5

### Northern District of California

6

7    MARCY ZAMORA, an individual, and              No. C 13-134 MEJ
     MARCOS ZAMORA, an individual,
8                                                   **ORDER SETTING HEARING RE:**
                          Plaintiffs,               **MOTION TO DISMISS (DKT NO. 4)**
9           v.

10   WELLS FARGO BANK, as successor in
     interest to Wachovia and World Savings Bank,
11
                          Defendant.
12   _____/

13

14          On February 4, 2013, the Court referred this foreclosure-related action to the ADR Unit for a

15   telephone conference to assess the case's suitability for mediation or a settlement conference.  Dkt.

16   No. 11.  Based upon the ADR Unit's subsequent report, it appears that the parties are unable to reach

17   an agreement.  Accordingly, the Court hereby schedules a hearing on Defendant's Motion to Dismiss

18   (Dkt. No. 4) to take place on May 23, 2013 at 10:00 a.m. in Courtroom B.

19          **IT IS SO ORDERED.**

20

21   Dated: April 25, 2013

22                                                   _____
                                                     Maria-Elena James
23                                                   United States Magistrate Judge

24

25

26

27

28