UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARCY ZAMORA and MARCOS ZAMORA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-134 MEJ<br><br>**ORDER VACATING HEARING RE: DOCKET NO. 4** |

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on May 23, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
Maria-Elena James
United States Magistrate Judge