UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARCY ZAMORA and MARCOS ZAMORA, | No. C 13-134 MEJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |
| _____/ | |

On July 1, 2013, the Defendant in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of August 8, 2013. Dkt. Nos. 22, 25. However, Plaintiffs Marcy and Marcos Zamora failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 8 hearing and ORDERS Plaintiffs Marcy and Marcos Zamora to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by August 1, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 15, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiffs that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 24, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California