JP LAW
Laura Furuta, Esq. [State Bar Number: 210198]
3435 East Thousand Oaks Boulevard
Suite 6475
Thousand Oaks, California 91359
Telephone: (805) 379-9799
Facsimile: (805) 379-9699

Attorney for Plaintiffs
MARCY ZAMORA
MARCOS ZAMORA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY ZAMORA, an individual and MARCOS ZAMORA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK as successor in interest to Wachovia and World Savings Bank; and DOES 1 – 20, inclusive.<br><br>Defendants. | Case No. 3:13-cv-00134-MEJ<br><br>[*The Honorable Maria-Elena James*]<br><br>**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE TO APPEAR AT PLAINTIFFS' MOTION TO SET ASIDE DIMISSAL**<br><br>Date: January 30, 2014<br>Time: 10:00 a.m.<br>Courtroom: B |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

As requested by the Courtroom Clerk in Department B, this pleading constitutes Plaintiffs' counsel's formal, written request for authority to appear at Plaintiffs' Motion to Set Aside Dismissal scheduled for Friday, January 30, 2014 at 10:00 a.m. in Department B.

The good cause reason for Plaintiffs' counsel's telephonic court appearance request is to avoid expenses that Plaintiffs and Plaintiffs' Counsel would incur if they are required to appear in person. To preserve client and attorney resources, Plaintiffs respectfully request that Plaintiffs' counsel be granted leave to appear telephonically at the hearing on Plaintiffs' Motion to Set Aside Dismissal set for hearing on January 30, 2014 at 10:00 a.m. in Courtroom B.

Dated: January 29, 2014

JP LAW

By: _____
Laura Furuta, Esq.
Attorney for Plaintiffs
MARCY ZAMORA
MARCOS ZAMORA

## ORDER

After review of Plaintiffs' request to appear telephonically at the hearing on Plaintiffs' Motion to Set Aside Dismissal set for January 30, 2014, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

The request of Plaintiffs' counsel to appear telephonically at the January 30, 2014 hearing on Plaintiffs' Motion to Set Aside Dismissal is hereby **GRANTED**.

Dated: January 29, 2014

_____
Honorable Maria-Elena James
United States Magistrate Judge
Northern District of California

# PROOF OF SERVICE
## [C.C.P. §1013]

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 3435 East Thousand Oaks Boulevard, Suite 6475, Thousand Oaks, California 91359.

On January 29, 2014, I served the foregoing document entitled **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PLAINTIFFS' MOTION TO SET ASIDE DIMISSAL.**
on all parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

__XX__  **By Mail.** By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully paid at **Thousand Oaks**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter is more than one day after day of deposit for mailing in this Proof of Service.

____  **By Telefax.** I transmitted said document by telefax to the offices of the addressees at the telefax numbers on the attached Service List.

____  **By Personal Service.** I delivered such envelope by hand to the addressee(s).

____  **By Overnight Courier.** I caused the above-referenced document(s) to be delivered to an overnight courier service for next day delivery to the addressee(s) on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2014, at Thousand Oaks, California.

_____
Donnavon Jenkins

---

PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE TO APPEAR
AT PLAINTIFFS' MOTION TO SET ASIDE DIMISSAL

3

MARCY ZAMORA, et al., v. WELLS FARGO BANK, etc., et al.
USDC Case No. 3:13-cv-00134-MEJ

## SERVICE LIST
(Updated 06/17/13)

| | |
|---|---|
| Robert A. Bailey (SBN 214688)<br>rbailey@afrct.com<br>Adam F. Summerfield (SBN 259842)<br>asummerfield@afrct.com<br>ANGLIN, FLEWELLING, RASMUSSEN,<br>CAMPELL & TRYTTEN LLP<br>199 South Los Robles Avenue, Suite 600<br>Pasadena, CA 91101-2459<br>(626) 535-1900 - P<br>(626) 577-7764 - F | Attorneys for Defendants<br>WELLS FARGO BANK, N.A.,<br>successor by merger with Wells Fargo<br>Bank Southwest, N.A., f/k/a Wachovia<br>Mortgage, FSB, f/k/a World Savings<br>Bank, FSB |